# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN IBARRA, | NO. CV 10-8184 SJO (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| TIM J. OCHOA, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 20, 2011.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE